**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Yellow Corporation, et al., | ) | Case No. 23-11069 (CTG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| MFN Partners, LP and Mobile Street Holdings, LLC, | ) | |
| | ) | |
| | ) | Civil Action No. 1:26-cv-00515 (JLH) |
| Appellants, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Yellow Corporation, *et al.* | ) | |
| | ) | |
| Appellees. | ) | |

**ENTRY OF APPEARANCE**

PLEASE TAKE NOTICE that William D. Sullivan and William A. Hazeltine of the firm of Sullivan Nimeroff Brown Hill LLC and Brad R. Berliner, Andrew J. Herink, and Daniel Sullivan hereby enter their appearances as counsel to Appellees Central States, Southeast and Southwest Areas Pension Fund and Central States, Southeast and Southwest Areas Health and Welfare Fund in the above-captioned matter.

                              **SULLIVAN NIMEROFF BROWN HILL LLC**


                              */s/ William D. Sullivan*
                              William D. Sullivan (No. 2820)
                              William A. Hazeltine (No. 3294)
                              919 North Market Street, Suite 420
                              Wilmington, DE 19801
                              (302) 428-8191
                              bsullivan@snbhlaw.com
                              whazeltine@snbhlaw.com


                              and

Brad R. Berliner, Esq.
Andrew J. Herink, Esq.
Daniel Sullivan, Esq.
Central States Funds
8647 W. Higgins Road
Chicago, IL 60631
Tel: (847) 939-2478
Email: bberline@centralstatesfunds.org
        aherink@centralstatesfunds.org
        dsulliva@centralstatesfunds.org

*Central States, Southeast and Southwest Areas Pension Fund and Central States, Southeast and Southwest Areas Health and Welfare Fund*

Date: May 20, 2026